998

BALTIMORE & OHIO RAILROAD COMPA-
NY, as Owner of THE CARFLOAT NO.
178, Appellee, v. Steamtug The ROCHES-
TER, Erie Railroad Company, Appellant.

No. 153.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Purdy, Mason & Lamb, of New York
City (John E. Purdy and Edmund F. Lamb,
both of New York City, of counsel), for
appellant.

Macklin, Brown, Lenahan & Speer, of
New York City (Horace L. Cheyney,
Richard F. Lenahan and Leo F. Hanan,
all of New York City, of counsel), for ap-
pellee.

Before L. HAND, SWAN, and AU-
GUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (18 F.Supp. 51) affirmed.

BANKERS LIFE INSURANCE COMPANY
OF NEBRASKA, Appellant, v. Emma H.
BIGHAM.

No. 10762.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1936.

James C. Jones, Lon O. Hocker, Frank
Y. Gladney, and James C. Jones, Jr., all of
St. Louis, Mo., C. Petrus Peterson and Rob-
ert W. Devoe, both of Lincoln, Neb., and
Arnot L. Sheppard, of St. Louis, Mo., for
appellant.

W. C. Irwin and Sam Bushman, both
of Jefferson City, Mo., and H. M. Atwell,
of Eldon, Mo., for appellee.

PER CURIAM.

Reversed, at costs of appellant, and
cause remanded to District Court, with in-
structions to dismiss cause without preju-
dice to another action, on confession of er-
ror and stipulation of parties.

Nathan BENJAMIN, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

No. 136.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1937.

Jefferson Armstrong, of New York
City, for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
and Sewall Key and Carlton Fox, Sp.
Assts. to the Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

H. H. BLAIR, Robert Austin, and Joseph
Wallace, as an Independent Stockholders'
Committee, Appellants, v. E. McLain
WATTERS, Arthur Peck, and Pierce Arch-
er, Jr., Debentureholders' Protective Com-
mittee Acting under Agreement of Deposit
Dated January 28, 1932, of Holders of De-
bentures of Hamilton Gas Company, a Cor-
poration, et al., Appellees.

No. 4117.

Circuit Court of Appeals, Fourth Circuit.

Oct. 6, 1936.

E. S. Bock, of Charleston, W. Va., for
appellants.

Stanley C. Morris, of Charleston, W.
Va., for appellees.

PER CURIAM.

Case docketed and dismissed on motion
of appellees.